# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** <br><br> Simon, Philip P. | **2. Court or Organization** <br><br> Northern District of Indiana | **3. Date of Report** <br><br> 05/10/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)** <br><br> U.S District Judge | **5a. Report Type (check appropriate type)** <br><br> ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2016 <br> to <br> 12/31/2016 |
| **7. Chambers or Office Address** <br><br> 5400 Federal Plaza <br> Suite 4200 <br> Hammond, IN 46320 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Valparaiso Community Schools Foundation Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | City of Valparaiso Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cenlar FSB | Mortgage on rental Property in New Buffalo, Michigan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gabelli Global Telecommunications | A | Int./Div. | | | Sold | 11/01/16 | J | C | |
| 2. First Midwest Bank Accounts | A | Interest | J | T | | | | | |
| 3. College Choice Advisors 529 Plan (H) | | | | | | | | | |
| 4. - College Choice Advisors Savings Portfolio | A | Interest | J | T | Sold (part) | 07/19/16 | J | | |
| 5. | | | | | Sold (part) | 12/02/16 | K | | |
| 6. - Blackrock Large Cap Value Fund | A | Dividend | J | T | Sold (part) | 08/08/16 | J | | |
| 7. | | | | | Sold (part) | 12/20/16 | J | | |
| 8. - Artio Intl Equity Portfolio | A | Dividend | J | T | Sold (part) | 08/08/16 | J | | |
| 9. | | | | | Sold (part) | 12/20/16 | J | | |
| 10. - International Equity Index | A | Dividend | J | T | Sold (part) | 08/08/16 | J | | |
| 11. | | | | | Sold (part) | 12/20/16 | J | | |
| 12. - T.Rowe Price LArge Cap Growth | A | Dividend | J | T | Sold (part) | 08/08/16 | J | | |
| 13. | | | | | Sold (part) | 12/20/16 | J | | |
| 14. - Short Term Treasury Index | A | Interest | K | T | Sold (part) | 08/08/16 | J | | |
| 15. - Pimco Total Return Portfolio | A | Dividend | J | T | Sold (part) | 08/08/16 | J | | |
| 16. | | | | | Sold (part) | 12/20/16 | J | | |
| 17. Vanguard Prime Money Market | A | Int./Div. | K | T | Sold (part) | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/03/16 | K | | |
| 19. | | | | | Sold (part) | 11/15/16 | J | | |
| 20. Vanguard SHort Term Bond Fund | A | Interest | J | T | | | | | |
| 21. Vanguard International Growth Fund | A | Int./Div. | K | T | | | | | |
| 22. Vanguard Total Stock Market Index Fund | B | Int./Div. | L | T | Sold (part) | 08/03/16 | J | | |
| 23. Vanguard European Stock Index Fund | A | Int./Div. | K | T | | | | | |
| 24. HRC Hotels LLC (X) | D | Dividend | O | T | | | | | |
| 25. Gas City LLC (X) | C | Distribution | K | T | | | | | |
| 26. Ameritrade Spouse's Roth IRA (H) | | | | | | | | | |
| 27. - Powershares DWA Technology Momentum | A | Distribution | | | Sold | 05/08/16 | J | | |
| 28. - Powershares DWA Halthcare Momentum | A | Distribution | | | Sold | 01/13/16 | J | | |
| 29. - Powershares DWA Consumer Staples | A | Distribution | | | Sold | 12/08/16 | J | | |
| 30. - Powershares DWA Consumer Cyclicals | A | Distribution | | | Sold | 01/07/16 | J | | |
| 31. - SPDR Barclays Interm Term Corp | A | Interest | J | T | | | | | |
| 32. - SPDR Intermediate Term ETF | A | Interest | J | T | | | | | |
| 33. -I Shares S&P SmallCapp 600 index | A | Int./Div. | J | T | Buy | 12/08/16 | J | | |
| 34. - Vanguard US Mid Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SPDR S&P Aerospace & Defense | A | Int./Div. | J | T | Buy | 07/25/16 | J | | |
| 36. - Vang Small Cap Index | A | Dividend | | | Sold | 01/14/16 | J | | |
| 37. - Vanguard Total Stock Index ETF | A | Dividend | J | T | | | | | |
| 38. -I Share Core U/S. Aggregate Bond | A | Interest | J | T | Buy | 06/16/16 | J | | |
| 39. Nationwide 457(b) Plan (H) | | | | | | | | | |
| 40. - AmerCent Val Inv | A | Dividend | J | T | | | | | |
| 41. - AmFds Gr Fd Am A | A | Dividend | J | T | | | | | |
| 42. - Invsco Gr Inc A | A | Dividend | J | T | | | | | |
| 43. - NeuBer Genesis Tr | A | Dividend | J | T | | | | | |
| 44. - Opp Glbl A | A | Dividend | J | T | | | | | |
| 45. - PIMCO Ttl Rtn A | A | Dividend | J | T | | | | | |
| 46. - W&R Advisor High Income Y | A | Dividend | J | T | | | | | |
| 47. Jackson National Life Perspective Series Fixed & Variable Ann (H) | | | | | | | | | |
| 48. - JNL/MC Bond index | A | Interest | | | Sold | 04/20/16 | J | A | |
| 49. - JNL/MC S&p 24 | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 50. -JNL/MC Intl index | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 51. - JNL Red Rocks Listed Private Eqty | A | Dividend | | | Sold | 04/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JNL/MC s&P S mid 60 | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 53. - JNL.Invesco Global real Estate | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 54. - JNL Blackrock natural resources | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 55. - JNL/MC Nasdaq 25 | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 56. -JNL/AQR Managed Futures | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 57. - JNL/Lazard Emerging markets | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 58. - JNL/PPM America High Yld Bond | A | Interest | | | Sold | 04/20/16 | J | A | |
| 59. - JNL/GS EmergingMarkets Debt | A | Interest | | | Sold | 04/20/16 | J | A | |
| 60. - JNL/MC Sm Cap Index | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 61. - JNL/WMC Money market | A | Interest | | | Sold | 04/20/16 | J | A | |
| 62. Transamerica Income Elite II -- "76" Annuity | | | | | | | | | |
| 63. - Transamerica: Clarion Global Real estate | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 64. - Transamerica: JPM MidCap Value | A | Int./Div. | J | T | Buy | 06/02/16 | J | | |
| 65. - Transamerica: PIMCO TOtal Return | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 66. -Transamerica: U.S. Govt Secs | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 67. -Systematic Sm/midCap Value | A | Int./Div. | J | T | Buy | 12/06/16 | J | | |
| 68. -Aegon High Yield | A | Interest | J | T | Buy | 12/06/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Barrow Hanley Dividend Focused | A | Dividend | K | T | Buy | 12/06/16 | K | | |
| 70. - Trabsamerica: TA Aegon Money Market | A | Interest | J | T | Buy | 04/20/16 | M | | |
| 71. | | | | | Sold (part) | 06/02/16 | K | | |
| 72. | | | | | Sold (part) | 12/06/16 | K | | |
| 73. Transamerica Income Elite II -- "77" Annuity | | | | | | | | | |
| 74. -Transamerica Sm/MidCap Value | A | Int./Div. | J | T | Buy | 12/06/16 | J | | |
| 75. - TA Aegon High Yield Bond | A | Interest | J | T | Buy | 12/06/16 | J | | |
| 76. - Barrow Hanley Dividend Focused | A | Dividend | K | T | Buy | 12/06/16 | K | | |
| 77. - Transamerica Clarion Global Real Estate | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 78. - TA JP Morgan Midcap Value | A | Int./Div. | J | T | Buy | 06/02/16 | J | | |
| 79. - TA PIMCO Total Value | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 80. - TA Aegon US Govt Secs | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 81. - TA Aegon Govt Money Market | A | Interest | J | T | Buy | 04/22/16 | M | | |
| 82. | | | | | Sold (part) | 06/22/16 | K | | |
| 83. | | | | | Sold (part) | 12/06/16 | K | | |
| 84. The Hartford -- The Director M Variable Annuity (H) | | | | | | | | | |
| 85. - Htfd Ttl Return Bond HLS | A | Interest | | | Sold | 04/14/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Htfd Global Growth HLS | A | Dividend | | | Sold | 04/14/16 | K | B | |
| 87. - Fidelity VIP Contrafund | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 88. - Htfd Balanced HLS Fund | A | Dividend | | | Sold | 04/14/16 | K | A | |
| 89. - Htfd Dividend and Growth | B | Dividend | | | Sold | 04/14/16 | K | A | |
| 90. - Htfd Growth Opp HLS | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 91. - LordAbb Gowth & Income | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 92. Ameritrade Brokerage Account (H) | | | | | | | | | |
| 93. - IShares Core S&P Small CAp ETF | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 94. - Powershares DWA Technology | A | Dividend | | | Sold | 05/18/16 | J | A | |
| 95. - Powershares DWA Consumer Staples | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 96. - Powershares DWA Healthcare | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 97. - Powershares DWA Consumer Cyclicals | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 98. - Alaska Air Group, Inc. | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 99. - Expedia Inc | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 100. - Helen of Troy, LTD | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 101. - Masco Corp. | A | Dividend | J | T | | | | | |
| 102. - Mastercard, Inc. | A | Dividend | | | Sold | 03/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR S&P Midcap 400 ETF | A | Dividend | K | T | | | | | |
| 104. -SpdR S&P 500 ETF | A | Int./Div. | J | T | Buy | 11/18/16 | J | | |
| 105. - SPDR S&P Aerospace and Defesne | A | Int./Div. | J | T | Buy | 07/25/16 | J | | |
| 106. -Sherwin williams | A | Int./Div. | J | T | Buy | 07/25/16 | J | | |
| 107. - iShares S&P Small Cap 600 Index | A | Int./Div. | J | T | Buy | 11/14/16 | J | | |
| 108. - Power Shares DWA Optimum Yield Diversified Commodity strategies | A | Int./Div. | J | T | Buy | 07/12/16 | J | | |
| 109. - Powershares Tactical Multi-Asset Income Portfolio | A | Int./Div. | J | T | Buy | 07/12/16 | J | | |
| 110. -Microsoft | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 111. - SPDR Barclays Cap Intermediate Credit Bond | A | Interest | J | T | Buy | 07/05/16 | J | | |
| 112. Ameritrade Spouse's IRA (H) | | | | | | | | | |
| 113. -Powershares DWA Technology Momentum | A | Dividend | | | Sold | 05/18/16 | J | A | |
| 114. -Powershares DWA Healthcare | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 115. -Powershares DWA Consumer Staples | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 116. -Powershares DWA Consumer Cyclicals | A | Dividend | | | Sold | 01/07/16 | J | A | |
| 117. - SPDR Barclays Intermediate term Corp | A | Interest | J | T | | | | | |
| 118. - SPDR BArclays Short Term Corp. Bond | A | Interest | | | Sold | 06/15/16 | J | A | |
| 119. - SPDR Barclays Intermediate Term ETF | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Vanguard U.S. Mid Cap Index | A | Dividend | J | T | | | | | |
| 121.  - Vanguard Small Cap Index | A | Dividend | | | Sold | 01/14/16 | J | A | |
| 122.  - Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 123.  - iShares S&P SmallCap 600 Index | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 124.  - SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 125.  - SPDR S&P Aerospace & Defense | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 126.  - iShares Core US Aggregate Bond | A | Interest | J | T | Buy | 06/15/16 | J | | |
| 127.  - TD Ameritrade Cash Fund | A | Interest | J | T | Buy | 01/07/16 | J | | |
| 128. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 129. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 130. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 131. Rental Home in New Buffalo, Michigan Purchased on August 28, 2015 | E | Rent | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Philip P. | 05/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Philip P. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544